UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

L.T. TUCKER #132271,

    Plaintiff,                                NO. 2:09-cv-12757

v                                           HON. DAVID M. LAWSON

SUSAN McCAULEY, *et al.*,               MAG. MONA K. MAJZOUB

    Defendants.

_____

**ORDER GRANTING DEFENDANTS' MOTION FOR
<u>PROTECTIVE ORDER TO SEAL DOCUMENTS</u>**

This matter having come before this Court and the Court being otherwise fully informed,

**IT IS ORDERED** that the original and any copies of **Defendants' Exhibit 1, Excerpts of Plaintiff's Medical Records,** provided by Defendants in the above captioned case, be placed under seal and not incorporated into the regular record of this case.

**IT IS FURTHER ORDERED** that Defendants' Motion for Protective Order to Seal Documents is GRANTED, and the sealed Excerpts of Plaintiff's Medical Records, shall remain under seal until further Order of this Court.

Dated:  October 8, 2009                             s/ Mona K. Majzoub_____
                                                                    Hon. Mona K. Majzoub
                                                                    United States Magistrate Judge

Jack\2009 FED\20090025924A Tucker\proposed Protective Order